## PUTNAM NAIL CO. v. AUSABLE HORSE NAIL CO.

### (Circuit Court of Appeals, Second Circuit. February 27, 1894.)

### No. 40.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Frederick P. Bellamy, for appellant.

Livingston Gifford, for appellee.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

Affirmed on opinion of court below. See Putnam Nail Co. v. Ausable Horsenail Co., 53 Fed. 390.